IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DAVID SCHOCKLEY, #11006369, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 3:12-CV-0869-M-BK |
| § | | |
| TERESA HAWTHORNE, § | | |
| 203rd District Court, Dallas County, et al., § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, **GRANTS** Plaintiff's voluntary motion to dismiss (Doc. 9), and **DENIES** his request to waive any further filing fee payments.

SO ORDERED this 8th day of June, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS